JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Monica Contreras, | ) | SACV 18-00046 JVS (JDEx) |
| --- | --- | --- |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) ) | |
| Michael Fazzi, et al., | ) ) | |
| Defendant(s). | ) ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: December 14, 2018

_____
James V. Selna
United States District Judge